916

*Per Curiam Decision.*

No. 118. PETTI *v.* UNITED STATES. 

 *Per Curiam:* The Government having moved the Court to vacate the judgments and remand the case to the District Court for a new trial, the motion is granted, and the judgments of the Court of Appeals and the District Court are vacated and the case is remanded to the United States District Court for the Southern District of New York with directions to grant a new trial. *Edward Halle* for petitioner. *Solicitor General Perlman* for the United States. 

*Miscellaneous Orders.*

No. 202, Misc. QUICKSALL *v.* MICHIGAN. The petition for appeal is denied. Treating the appeal papers as a petition for a writ of certiorari to the Supreme Court of Michigan, certiorari is granted and the case is ordered transferred to the appellate docket. Petitioner *pro se.* *Stephen J. Roth,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent. 

No. 277, Misc. GRANT *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari denied.

No. 353, Misc. KANE *v.* BURKE, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 358, Misc. EX PARTE GREENE; and
No. 383, Misc. WILSON *v.* SUPERIOR COURT OF SAN JOAQUIN COUNTY, CALIFORNIA. Applications denied.